UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHIRLEY VINEYARD and<br>JAMES VINEYARD,<br><br>      Plaintiffs,<br><br>v.<br><br>KNOX COUNTY, *et al.*,<br><br>      Defendants. | No. 3:13-CV-634<br>(MATTICE/GUYTON) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is parties' Joint Motion to Respond to Motions and Amended Complaint [Doc. 12], in which the parties propose a joint briefing schedule and agreed disposition of certain pending issues. The parties' Joint Motion **[Doc. 12]** is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendants Knox County and Sheriff Jimmy "J.J." Jones Motion to Dismiss **[Doc. 6]** is **DENIED WITHOUT PREJUDICE,** with leave to refile as appropriate;

2. Defendants Knox County and Sheriff Jones **SHALL RESPOND** to Plaintiffs' Amended Complaint on or before **February 6, 2014**; and

3. Plaintiff's Motion to Require Defendants to Provide the Identity of Unknown Officers and/or Motion to Extend the Time to Identify Unknown Officers **[Doc.**

**11]** is **DENIED WITHOUT PREJUDICE**,[1] with leave to refile if appropriate.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

---

[1] The parties suggested that this motion be held in abeyance. However, the Court finds that it is preferable to deny the motion without prejudice, because doing so will afford the parties the opportunity to resolve this issue without further orders from the Court. Additionally, denying the motion without prejudice will permit the Plaintiff to update its briefing to reflect any pertinent changes or additional information that may be made available through the filing of Knox County and Sheriff Jones's response to the Amended Complaint or through other discussions with these Defendants.